**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| LISA FLOWERS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| | ) |
| v. | )   No. 4:23-CV-1079-SPM |
| | ) |
| SA HOSPITAL ACQUISITION | ) |
| GROUP, LLC, D/B/A SOUTH CITY | ) |
| HOSPITAL, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

This matter is before the Court on the Notice of Dismissal of Bankruptcy Case filed by

Defendant SA Hospital Acquisition Group, LLC, d/b/a South City Hospital. (Doc. 20). Pursuant

to 11 U.S.C. § 362(a)(1), this case was automatically stayed by the filing of an involuntary

bankruptcy petition against Defendant in the United States Bankruptcy Court for the District of

Delaware on August 31, 2023. *See In re SA Hospital Acquisition Group, LLC*, 23-11367.

Defendant now informs the Court that the bankruptcy court has entered an order dismissing the

bankruptcy case and that the stay applicable under 11 U.S.C. § 362 has been terminated. Defendant

also attaches a copy of the Order Dismissing Involuntary Chapter 11 Case that was entered by the

bankruptcy court on September 28, 2023. Accordingly,

**IT IS HEREBY ORDERED** that the stay of all proceedings in this case is lifted and the

case may proceed.

_____
SHIRLEY PADMORE MENSAH
UNITED STATES MAGISTRATE JUDGE

Dated this 4th day of October, 2023.