IN THE UNITED STATES DISTRICT COURT
FOR EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| LISA FLOWERS, *on behalf of herself* *and those similarly situated*  )  )  )  Plaintiff,  )  )  v.  )  )  SA HOSPITAL ACQUISITION GROUP,  )  LLC, D/B/A SOUTH CITY HOSPITAL  )  )  Defendant.  )  | Case No.  4:23-cv-01079-RLW |

## CERTIFICATE OF CONFERENCE

**TO THE HONORABLE JUDGE WHITE**

Brian W. Hockett, Thomas E. Reddin, and Hannah R. Lustman-Rodriguez of Thompson Coburn LLP ("Defendant's Counsel") filed a Motion to Withdraw their appearances in the above-captioned case on this date, April 30, 2024. Prior to filing the Motion to Withdraw (the "Motion") on April 30, Defendant's Counsel met with counsel for Plaintiff, Michael Iadevaia, via video teleconference to discuss the Motion, the relief requested therein, and whether Plaintiff would oppose the request by Defendant's Counsel to withdraw their appearances and that Defendant SA Hospital Acquisition Group, LLC, D/B/A South City Hospital (the "Hospital") receive sixty (60) additional days to respond to outstanding discovery requests. During the conference described herein, Plaintiff's counsel requested an opportunity to review a draft version of the Motion to evaluate further whether the Motion would be opposed.  Plaintiff's counsel also requested additional information concerning representation of the Hospital moving forward.  A draft version of the Motion and this Certificate was provided to Plaintiff's counsel prior to filing.

Certified to on this 30th day of April, 2024.

Respectfully submitted,

**THOMPSON COBURN LLP**

By /s/  Hannah R. Lustman-Rodriguez
    Brian W. Hockett, MO52984
    Thomas E. Reddin, TX16660950*
    Hannah R. Lustman-Rodriguez, MO72909
    Thompson Coburn LLP
    One US Bank Plaza
    St. Louis, Missouri 63101-1611
    Telephone: 314.552.6068
    Facsimile: 314.552.7000
    bhockett@thompsoncoburn.com
    treddin@thompsoncoburn.com
    hlustman-rodriguez@thompsoncoburn.com

*Attorneys for Defendant SA Hospital Acquisition Group, LLC, d/b/a South City Hospital through court appointed general receiver, MorrisAnderson & Associates, Ltd.*

* Admitted *Pro Hac Vice*

## CERTIFICATE OF SERVICE

      The undersigned certifies that on this 30th day of April 2024, the foregoing was sent by electronic mail or U.S. Mail to the following:

| | |
|---|---|
| John Garvey<br>STRANCH JENNINGS & GARVEY, PLLC<br>701 Market Street, Suite 1510<br>St. Louis, MO 63101<br>Tel: (314) 390-6750<br>Fax: (314) 255-5419<br><br>Via electronic mail:<br>jgarvey@stranchlaw.com | J. Gerard Stranch, IV<br>Michael C. Iadevaia<br>STRANCH JENNINGS & GARVEY, PLLC<br>233 Rosa Parks Avenue, Suite 200<br>Nashville, TN 37203<br>Tel: (615) 254-8801<br>Fax: (615) 255-5419<br><br>Via electronic mail:<br>gstranch@stranchlaw.com<br>miadevaia@stranchlaw.com |
| SA Hospital Acquisition Group, LLC<br>16192 COASTAL HIGHWAY<br>LEWES, DE 19958 | SA Hospital Acquisition Group, LLC<br>c/o A Registered Agent, Inc., Reg. Agent<br>8 The Green, Suite A<br>Dover, DE 19901 |
| SA Hospital Acquisition Group, LLC<br>c/o Jeffrey Ahlholm, Managing Member<br>4308 Via Entrada<br>Newbury Park, CA 91320<br><br>Via electronic mail:<br>jeff@agracapital.com | SA Hospital Acquisition Group, LLC<br>c/o Lawrence Feigen, Managing Member<br>703 Park Lane<br>Cedarhurst, NY 11516<br><br>Via electronic mail:<br>larry@yesinvestllc.com |
| SA Hosptial Acquisition Group, LLC<br>c/o MorrisAnderson & Associates, LLC, Gen. Receiver<br>Attn: Daniel Wiggins<br>55 W Monroe St #2350<br>Chicago, IL 60603<br><br>Via electronic mail:<br>dwiggins@morrisanderson.com | |

                                                  */s/ Hannah R. Lustman-Rodriguez*